AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC BALES<br><br>*Defendant(s)* | Case No.  6:18-mj- 1733 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 15, 2018** in the county of **Orange** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt and distribution of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan Eggland, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-15-2018

_____
Judge's signature

City and state: Orlando, Florida

Thomas B. Smith, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                    CASE NO. 6:18-mj- 1733

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Eggland, after being duly sworn, depose and state:

1. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since October 2009. I am currently assigned to the Orlando, Florida office of HSI, and my duties include the enforcement of federal criminal statutes including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i), and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2. My formal education includes a Bachelor's degree in Business Administration and a Master's degree in Business Administration from the University of North Florida. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for

receiving, transmitting, and storing child pornography. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252 and 2252A. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of a criminal complaint. As set forth in more detail below, I have probable cause to believe that ERIC BALES knowingly possessed and received or distributed child pornography, in interstate commerce, in violation of 18 U.S.C. §§ 2252A(a)(2).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. Title 18, United States Code, Section 2252A, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## DETAILS OF THE INVESTIGATION

6. KIK Interactive Inc.[1] has developed a system to detect if their service may have been used to commit a child pornography and/or child abuse offense, specifically the offense of transmitting child pornography or child abuse contrary to subsection 163.1[d] of the Criminal Code of Canada. In Canada, there is currently legislation in effect that requires all electronic service providers to report child pornography offenses when they are discovered. KIK, in partnership with law enforcement, uses hash-matching

---

[1] KIK Interactive Inc. is a Waterloo based technology company. KIK is a social networking website developed in order to allow individuals with similar interests to connect online and in person. In order to use the website a user requests a username and uses that username to communicate with other users. KIK Messenger is a mobile cellular telephone application that allows users to utilize KIK on their mobile devices. Once the application is downloaded and installed, the user must register the account by using their username and an email address. After completing the registration process, users can communicate online via text and/or chat group and send/receive pictures and videos.

3

technologies (similar to SHA-1 and ED2K described above) to moderate images being transferred between KIK users and groups. The hash values of known child pornography files being used by KIK have been provided by the Royal Canadian Mounted Police (RCMP) Canadian Police Center for Missing and Exploited Children (CPCMEC). This hash database is based on images that have been manually reviewed for content and determined as meeting the criteria of what is known as 'Interpol Baseline Hash' or IBH. Interpol has set out strict criteria to identify certain media as 'the worst of the worst' with regards to child exploitation. Inclusion on this list requires a depiction of a real child (no anime, CGI, etc.), estimated to be under the age of 13, clearly engaged in an explicit sexual act, or the camera focus must be on the anus or sexual organs. Files meeting these strict criteria would qualify as child pornography as defined above.

7. In August 2018, HSI Orlando received information from the RCMP through the HSI Ottawa Attaché regarding several KIK accounts suspected of being involved in child exploitation in some way. Included in this list was the username justwaves02. KIK observed that justwaves02 was active in a chat group with the group name, "In-cest group Canada come join." The report generated by KIK regarding this chat group shows five users sharing files without any dialogue. Justwaves02 sent a video file (KIK Content ID:

4

27dd27e3-0e24-4a14-8cdc-bf4595c0bfa4) on August 18, 2018, at 17:05:47 UTC through IP address 72.239.178.20. Justwaves02 sent a video file (KIK Content ID: 20953349-2b5a-477f-a26b-e8973bbc51fb) on August 18, 2018, at 17:07:25 UTC through IP address 72.239.178.20. Justwaves02 sent a video file (KIK Content ID: 1b8723a1-80a5-4950-96e2-e7204bc4d949) on August 18, 2018, at 18:06:30 UTC through IP address 72.239.178.20. Justwaves02 sent a video file (KIK Content ID: 5bd7ceed-7ad6-49cc-97cb-8d7ac345b9d2) on August 18, 2018, at 21:41:14 UTC through IP address 72.239.178.20. Justwaves02 sent a video file (KIK Content ID: f4988068-b1e9-4a87-a8a9-ab4aef88838c) on August 18, 2018, at 21:41:36 UTC with no IP address recorded by KIK. Justwaves02 sent a video file (KIK Content ID: 6c92a881-9996-4c7b-8cb1-487440900283) on August 18, 2018, at 21:41:42 UTC through IP address 72.239.178.20. KIK provided a log of the child pornography observed to be sent by justwaves02, user information maintained by KIK on justwaves02, and KIK connection logs of justwaves02.

    8.    I reviewed the videos posted by justwaves02 in the "In-cest group Canada come join!" chat group.

    a. KIK Content ID 27dd27e3-0e24-4a14-8cdc-bf4595c0bfa4 is a 1minute 57second color video with sound that depicts a prepubescent female child approximately 3-5 years old

5

performing oral sex on an erect adult male penis. While the child stimulates the adult male's penis with her hand, the child asks the adult male (who she identifies as "dad") if he is going to bring his "friend." The adult male replies that his friend will see "it" (referring to the video he is recording) because he will send it to him.

b. KIK Content ID 20953349-2b5a-477f-a26b-e8973bbc51fb is a 23second color video with sound that depicts a prepubescent female child approximately 6-10 years old whose vagina is being penetrated by an adult male penis from behind. The video zooms in on the child's vagina as white fluid consistent with male ejaculate leaks out of the child's vagina. The adult male instructs the child in a language unknown to me.

c. KIK Content ID 1b8723a1-80a5-4950-96e2-e7204bc4d949 is a 33second color video with sound that depicts an adult male aggressively having sexual intercourse from behind a prepubescent female child approximately 5-11 years old. The child exclaims "That hurts! No!," but the adult male continues to completion.

d. KIK Content ID 5bd7ceed-7ad6-49cc-97cb-8d7ac345b9d2 is a 1minute 58second color video with sound that depicts an adult male having vaginal intercourse with a prepubescent female child approximately 7-11 years old while the child lays naked on her back on a couch. They are speaking a language unknown to me.

e. KIK Content ID f4988068-b1e9-4a87-a8a9-ab4aef88838c is a 14second color video with sound of an adult male having vaginal intercourse with a prepubescent female child approximately 6-11 years old while the child lays naked on her back on the bed. The child appears distressed by her facial expression.

f. KIK Content ID 6c92a881-9996-4c7b-8cb1-487440900283 is a 1minute 9second color video without sound of an adult male having vaginal intercourse with a prepubescent female child approximately 6-10 years old while the child lays on her back naked from the waist down. The video zooms in on the child's vagina while the child's hands rub a liquid consistent with adult male ejaculate around her vaginal area.

9. The following subscriber details were provided by KIK for the user justwaves02:

7

|||
|---|---|
| First Name: | Just |
| Last Name: | Blah |
| Username: | justwaves02 |
| Date of Birth: | XX-XX-1998[2] |
| Device Type: | iphone |
| Registration: | July 18, 2018 at 5:32 (UTC) |
| IP Address | 72.239.178.20 |

10. There were a number of IP addresses included in the logs received from KIK for user justwaves02. However, on various dates from July 18, 2018 through August 20, 2018, justwaves02 was connected through IP address 72.239.178.20 (associated with Spectrum), 71.47.4.249 (associated with Spectrum), and other IP addresses associated with Sprint PCS.

11. The RCMP and/or HSI Ottawa Attaché also forwarded the investigative materials to me, which included the videos sent by KIK user justwaves02, mentioned previously. I have viewed the videos, bearing KIK Content IDs 27dd27e3-0e24-4a14-8cdc-bf4595c0bfa4, 20953349-2b5a-477f-a26b-e8973bbc51fb, 1b8723a1-80a5-4950-96e2-e7204bc4d949, 5bd7ceed-7ad6-49cc-97cb-8d7ac345b9d2, f4988068-b1e9-4a87-a8a9-ab4aef88838c, and 6c92a881-9996-4c7b-8cb1-487440900283, and confirmed that they are child

---

[2] This birthdate is different from the actual birthdates of Eric Bales or J.B. listed in paragraph 13.

8

pornography as described above. Justwaves02 sent these videos between August 18, 2018 17:05:47 UTC and 21:41:42 UTC.

12. According to records I obtained from Spectrum, the subscriber information for IP address 72.239.178.20 on August 18, 2018 between 17:05:47 UTC and 21:41:42 UTC (the times the video files were sent by justwaves02 from IP address 72.239.178.20) was as follows:

| | |
|---|---|
| Name: | A.G. |
| Billing and Service Address: | xxxx Puritan Avenue<br>Winter Park, FL 32792 |
| Home Phone: | 407-694-7519 |
| Service Phone: | 321-972-2123 |

13. On October 23, 2018, I conducted a search of the Florida Department of Motor Vehicles (DMV) Driver and Vehicle Information Database (DAVID) for the address xxxx Puritan Avenue, Winter Park, FL 32792. As a result, I learned that Florida driver license #B***-***-**-110-0 was issued to Eric William BALES (DOB: March xx, 19xx) on October 27, 2017. The address listed for Eric BALES is xxxx Puritan Avenue, Winter Park, FL 32792. Eric BALES has registered a 2011 black GM sport utility vehicle. J.B. has registered a 2016 white Piaggio motorcycle.

14. Surveillance was conducted at the Premises on various dates in October and November 2018. A black GM sport utility vehicle was observed

9

parked in the driveway of the residence. In addition, I have conducted a search for unprotected WIFI signals in the vicinity of the Premises. All WIFI signals detected were password protected.

15.  Various records checks were conducted regarding Eric BALES, the suspected occupant of the Premises. It was learned that Eric BALES was a suspect in an undercover chat operation conducted by Marion County Sheriff's Office in 2009. BALES allegedly made inappropriate advances/suggestions to an undercover agent posing as a 14 year old girl. BALES was later arrested in 2014 by the Oviedo Police Department for Lewd and Lascivious Behavior on a victim between 12 and 15 years old after he instructed a 14 year old girl to perform oral sex on him and attempted to have sexual intercourse with her. BALES pled guilty to Willful Child Abuse, and served two years out of a three year sentence. No sex offender registration was ordered.

16.  On November 13, 2018, the Honorable Magistrate Judge Thomas B. Smith authorized the issuance of a warrant for BALES' residence. On November 15, 2018, agents executed the search warrant.

17.  On November 15, 2018 at approximately 8:00 a.m. Eastern Time, HSI Special Agents Ken McClenahan, Joe Grey, and myself knocked on the door of xxxx Puritan Avenue, Winter Park, FL 32792 and spoke with Eric

10

BALES. I introduced myself as a Special Agent with Homeland Security Investigations and part of a child exploitation task force. I explained that internet activity emanating from Eric BALES' residence was involved with child pornography, and the agents needed to determine if there were any children in the residence or if the files were merely accessed from and distributed back to the internet.

18. Myself, SA Grey, and SA McClenahan interviewed Eric BALES. Initially, BALES claimed that his cell phone was left at his aunt's home. However, BALES later admitted that he hid his laptop under the bed and probably threw his phone in his closet while the agents were knocking on the front door. I explained Miranda Warning rights to BALES, utilizing ICE Form 73-025 (09/09). I made sure BALES understood his rights before asking him to sign the form, which he did. BALES also signed a consent to search form for his iPhone 8 cellphone that he initially claimed was at his aunt's house. The iPhone 8 was in his closet, as he had previously indicated.

19. As the conversation progressed, BALES admitted to using the KIK Messenger application on his cell phone. BALES admitted that he traded child pornography in chat groups on KIK using justwaves02. BALES was shown screen captured images of the six videos mentioned above uploaded by justwaves02. BALES identified a screen capture image of KIK Content ID

11

5bd7ceed-7ad6-49cc-97cb-8d7ac345b9d2 as a video that he uploaded online via the KIK messenger application. BALES stated that he uploaded this video around August of 2018. BALES also identified a screen capture image of KIK Content ID 27dd27e3-0e24-4a14-8cdc-bf4595c0bfa4 as a video that he uploaded online via the KIK messenger application. BALES estimated that he uploaded these child pornography videos to KIK on or about August of this year (2018) and that he has seen and distributed hundreds of child pornography files. As is described in paragraph 11, BALES uploaded those videos on August 18, 2018.

20.    BALES admitted to using several other applications on his cell phone and computer to trade and store child pornography and to chat with children under the age of 18. BALES said that he was posing as a 16 year old boy on KIK Messenger earlier in the day. He was chatting with a girl that he believed to be 16 years old living in South Florida. BALES directed Special Agent McClenahan to the chat session and to the password protected vault application on the phone where he stored the child pornography photos and videos that she sent him at his request. Special Agent McClenahan also noted that BALES was a member of several chat groups that specify ages from 12 to 16, teen, or incorporate some other youth reference. BALES admitted to chatting with children he knew to be under the age of 18 for the purpose of

12

obtaining child pornography and to distributing images of child pornography via the KIK application in order to receive additional child pornography in return. BALES further admitted that he distributed child pornography as recently as this morning (November 15, 2018) to a male subject over KIK Messenger that was seeking advice on how to meet underage girls online.

21. Special Agent McClenahan performed a forensic preview of BALES' iPhone 8 that BALES' identified as his phone. Special Agent McClenahan confirmed that child pornography was present on the phone, but a full forensic analysis would be necessary to determine the actual volume of identifiable child pornography files.

22. During the interview Special Agent Grey asked BALES if he swore that everything he told agents was the truth. BALES raised his right hand and swore that he had told the truth. BALES also agreed that agents had not coerced him into making any statements, and that he had made the statements voluntarily.

## CONCLUSION

23. Based on the forgoing, I have probable cause to believe that Eric BALES is involved in receipt and distribution of sexually explicit images of minors and child pornography in interstate commerce, in violation of 18 U.S.C. §§ 2252(a)(2).

Affiant further sayeth naught.

*[signature]*
Ryan Eggland, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this __15__ day of November, 2018.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

14