UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No.:  6:19-CR-113-ORL-40-TBS

ERIC BALES,

## DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, ERIC BALES, by and through the undersigned counsel, and respectfully moves this Court for an Order continuing Defendant's sentencing and in support thereof states as follows:

1. The Defendant is currently scheduled for Sentencing on August 14, 2019 at 2:30 p.m.

2. The Court appointed a CJA expert, Dr. Olander, to evaluate the Defendant for the purposes of mitigation at Sentencing.

3. Dr. Olander has not yet been able to evaluate the Defendant, who is in the Seminole County Jail.

4. **The undersigned conferred with Assistant United States Attorney, Brandon Bayliss, who has no objection to a continuance.**

5. Counsel for the Defendant is requesting a sixty-day continuance.

WHEREFORE, based on the foregoing, Defendant, ERIC BALES, respectfully requests that the Court enter its Order granting a continuance in this matter.

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 5th day of August 2019 by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

      /s/ Corey Cohen, Esq.
Law Office of Corey Cohen P.A.
Florida Bar No. 0657840
605 E. Robinson St. Suite 330
Orlando, Florida 32801
corey@coreycohen.com
Telephone: 407-246-0066