**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 6:19-cr-113-Orl-40EJK**
                                                              **(Forfeiture)**
**ERIC BALES**

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of a Motion of the United States for Issuance of a Preliminary Order of Forfeiture, Doc. 42, pursuant to 18 U.S.C. §§ 2253, 2428, and Fed. R. Crim. P. 32.2(b)(2), for an iPhone 8, serial number F4GvJG727JC6C.

Being fully advised in the premises, the Court finds that the United States established the requisite nexus between the cellphone and the defendant=s crime of distribution of child pornography and enticement of a minor, in violations of 18 U.S.C. §§ 2252A(a)(2) and 2422(b), as charged in Counts One and Two of the Information.   Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that for good cause shown, said Motion of the United States is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(b)(2), 18 U.S.C. §§ 2253, and 2428 the cellphone more fully identified above, is forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that:

1.      The United States will provide written notice to all third parties known to have an alleged legal interest in the cellphone and will publish notice on the internet at www.forfeiture.gov.

2.      That any person, other than Eric Bales, who has or claims any right, title or interest in the above-described cellphone must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the cellphone.   The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3.      The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited cellphone, the time and circumstances of the petitioner=s acquisition of the right, title or interest in the forfeited cellphone, and any additional facts surrounding the petitioner's claim and the relief sought.

4.      After receipt of any petition by the Court, the Court will set a hearing to determine the validity of the petitioner=s alleged interest in the cellphone.

5.      That upon adjudication of all third-party interests in the above-described cellphone this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the cellphone.

DONE and ORDERED on October 15, 2019 in Orlando, Florida.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:   Attorneys of Record