UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 6:19-CR-113-ORL-40-TBS

ERIC BALES,

## DEFENDANT'S NOTICE OF FILING SWORN WRITTEN STATEMENTS TO THE UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE that on November 12, 2019, Defendant, ERIC BALES, filed with the Clerks of the United States District Court in the Middle District of Florida, Orlando Division, true and correct copies of sworn written statements. A copy of said statements are attached as Composite Exhibit "A-F."

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 12th day of November 2019 by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney.

/s/ Corey Cohen, Esq.
Law Office of Corey Cohen P.A.
Florida Bar No. 0657840
605 E. Robinson St. Suite 330
Orlando, Florida 32801
corey@coreycohen.com
Telephone: 407-246-0066

July 22, 2019

To the United States District Court, Middle District of Florida, Orlando Division

Your Honor,

I am Amy Gael an Aunt of Eric Bales. I have known Eric since he was born while I was a junior in high school. I am now 47 years old. I have played a very involved role in his life and know him very well. He is scheduled for a sentence hearing on August 14 and is accepting responsibility for the serious crimes of distribution and enticement. I am completely devastated by his crimes. I think it is important to convey that these serious crimes have devastated an entire family. We are fully aware of the nature of his crimes and as a family have been supporting each other. The devastation is so great only because we know an Eric that has wonderful qualities that I would like to share with you so that you will have greater insight into his character. Eric is the oldest nephew, grandson, and son in his/our immediate family. He grew up with three other siblings. His biological father was not always present in his life and left when he was an early elementary student. Eric was a hard worker in school but struggled. We saw that he was struggling and provided tutoring for him which helped him make it through school. He loved to listen to music and became involved in the middle school and high school band. He graduated from George Rogers Clark Middle School /High School and was a member of his high school student council. He had many friends and was well liked. He wanted to get a degree in Audio Engineering and Production and even though we knew that college would be a struggle as he struggles with learning, we supported him and he moved to Orlando, Florida and attended Full Sail. He did struggle and I helped him study and proof read his papers and pushed him when things were tough. He continued to struggle and had to retake two classes but finally graduated with a degree. He began to try to seek employment in his field but he was not very successful. He ended up helping me take care of his uncle, my brother. My older brother is diagnosed with Paranoid Schizophrenia and I have voluntary guardianship of him and take care of him. Eric was so helpful and good with my brother Jim. He would help me take care of the house and cleaning. In addition, he willing helped me care for his grandmother who is now 80 and has serious health issues. She requires many doctor visits and Eric was always there for me to take her to appointments and make sure she had things she needed so that I did not have to take time off work. Even now while incarcerated, he will send me notes and reminders about things she likes or what he thinks she needs. He has always been caring and kind. He had to work very hard to have what some of us take for granted. His absence has left a huge hole in my life not only because of our sadness and shame for the crimes but also because he was contributing to our lives by stepping up to take responsibility to care for ill family members. I now take time off work to go take my mother to the doctors and to care for my mentally ill brother. It is hard to find someone that can handle a Paranoid Schizophrenic. Eric was good at calming my brother down, and getting him to focus on the positive. Eric is a problem solver and tries to handle challenging situations with a calm demeanor. He is accepting of others situations and has always tried to help when he could. Because he has never been the child, teenager or adult in the family to cause us trouble, we were truly devastated and shocked by his crimes. We were concerned about him as he gained weight and sometimes seemed depressed. We tried to help him with that but he seemed to go deeper into depression and had a poor self-image over the last several years. We did not realize that he was battling his own sickness until we were all faced with his crimes. He has admitted to us now that he needs help. We all wish he would have been able to ask for help sooner. As a family we are very aware of mental illness as we have lived, helped and dealt with my brother Jim's paranoid Schizophrenia over 30 years. We were not aware of Eric's downfall and we struggle to understand.

With that being said we were made aware of his exposure to similar crimes committed by his Middle School and High School band teacher who was convicted and sentenced. He was very close to this teacher

A

and spent many hours before and after school in band. His name is James Alan Ciammetti and he was sentenced in 2010. While I am unsure of the details of any influence this teacher had on my nephew Eric, I am suspicious of the possibility of him being exposed as a Middle school and High school student to this behavior as this band teacher was a strong male role model for my nephew. Despite this possibility I know that Eric is a grown man and he made the choices to distribute and entice and he will have to deal with the consequences of those choices. As I conclude this letter, I do want to ask that you consider his good qualities as well and his struggles. I am also asking if you could possibly make a recommendation to the Bureau of Prisons for a placement that will help him. I am not familiar with the rehabilitative programs available for people who have committed his crimes but I do know he needs psychological help and that he can be rehabilitated. I also know that he is not violent and very cooperative. He is a large and strong man and I hope he can be placed in a facility that will help him physically, mentally and provide him with programs to get better. I know you might have some recommendation and I know he will not be a problem even though his size and physical strength might lead some to think otherwise. He needs to work on reprogramming his behavior. I am not sure what therapy and psychological help he needs but I know he needs it and this is of the most importance to us as we do not want him to offend again. He has family that will support him through his sentence and be there for him when he is released as long as gets the help he needs. I appreciate your reading this letter and I hope you have a better insight into Eric Bales and his character.

Amy Gael

*Amy T Gael*

Aunt

407-694-7519

"B"

To the United States District court,
Middle District of Florida, Orlando Divson

Your Honor,

I am Debbie Bales, mother of Eric Bales. Eric is scheduled for sentence hearing on August 14th and is accepting responsibility for distribution and enticement I am complentely devastated by his crime. This has become complentely hard on the whole family as we never expected to ever have to deal with something like this in our life time. I am unable to be there as I have taking all my vacation and extra time off for my mother as she needs extra care. I'm allowed 10 days off a year and I have taken an extra 5 with out pay.

I want to share with you who Eric is. He is one of four children and the oldest of all brothers. Never was

brother, was very helpfull with his younger brothers was a boy Scout in Elementary School and in Middle School, a band member, High School band and student council. After High School he left Indiana for College in Floride. I am also aware of the crimes his teacher was convicted of. I tryed to talk with Eric about it and he didn't want to talk about it. I took it as he was devastated by the man he looked up to. Now as a mother I should of pushed more of what he might have been exposed to. My heart is so broken as I never expected this from Eric. We knows right from wrong. This illness has the wole family concerned for his well being and the depression that he has finally told us of.

Debbie Bal‎
219-956-2214
Mother

July 25, 2019

To the United States District Court, Middle District of Florida, Orlando Division

Your Honor,

I am Janet Bales, grandmother of Eric Bales. I am writing to let you know about my grandson. He is a very nice person. He has spent a great deal of his time helping me. I am 80 years old and he has been so kind to me. He always took me to my doctor's appointments. He was always sure to get me to the doctor on time and would wait very patiently while I saw many doctors. If I wanted to stop on the way home from the doctor's office to shop, he would always take me. He would call me and remind me to take medicine and to see if I needed anything. If I ran out of a grocery item, he would stop what he was doing and make a special trip just to go get me my coffee creamer or other food as I don't drive anymore. Sometimes he would just stop in and bring me a cup of my favorite coffee. He was always thinking about me and taking care of little and big things for me.

Needless to say, I was very shocked when I discovered the extent of his crimes. He obviously needs help and I hope you can strongly recommend that he be placed in a facility that has programs for people like him. I know he can be rehabilitated as he is not a stranger to working hard. He struggled with learning growing up and things never came easy for him so I know that he has it in him to work on himself and get the therapy and treatment he needs to never commit these crimes again. All I can say is that I love him and he can be a good person. With the exception of the crimes, everyone needs a grandson like him as he spent time with me, took me places, and sacrificed his time to make sure my medical appointments were taken care of. He never rushed me along or was impatient with me. I am hard of hearing and he never got frustrated with me when I could not hear him. He is truly a blessing in my life and I will miss him dearly but I know he needs help and will support him for as long as I have left. Thank you for your time and consideration of his whole character.

Janet Bales

*Janet Bales*

Grandmother

407-273-5959

July 23, 2019

To the United States Court Middle district of Florida, Olando.

Your Honor,

    My name is Joshua Bales. I'm writing you this letter today on behalf of my older brother Eric Bales. I've known Eric my entire life. He is the most helpful most courteous person I know. He is always willing to help someone in need. No matter who or what it is he will go out of his way to make sure that person is okay. He is also very compassionate. I know his looks a very deceiving due to his size but he is one of the biggest teddy bears I know. I was always the aggressor and he was always calm, cool, and collected. There isnt a harmful nature about him.

    Growing up with Eric we were very close always playing sports together. With me and him only being eleven months apart and being young boys you can just imagine the competitiveness between us. As time went on I started to excel at sports and Eric kinda hit his plateau and Eric couldn't seem to keep up. He gave up on the sports and kept trying to find what he was good at. He still had that competitive nature in him. It wasn't until he went into middle school sixth grade is when he found his passion and something he excels and succeeds at. That's when he found his love for music/instruments. Eric was/is so good at that kind of stuff that I thought I would like it too and that maybe me and my big brother will have something in common agian. So the next year I took it up and it was very hard for me to understand notes and everything and Eric was right there guiding me and helping me with every note after my 2 years of music I gave up. But Eric he kept progressing. Eric loves the bass guitar. Him and some of his friends in his home town had there own band and had gigs and everything. We were always there to support him. As he was always there for us. As time went on Eric started going into school early and leaving school later as the band teacher took him under his wing. The passion Eric had for instruments was undeniable. Just hearing him talked about it with such detail with a smile on his face was an incredible sight to see.

    Eric eventually graduated from high school and wanted to further his education in music and he felt Full Sail University in Florida would be the best fit for him and why not do something you love for a living. I want to say not long after Eric left for college his teacher mentor friend and quite possibly father figure was arrested for molesting a female student. And I wonder now what the effects of that took on eric or even if he was exposed to that at such a young age.

    I know now that my big brother Eric needs help. He even expressed to me the he is sick and needs help. I know what he did is terribly wrong. But he is still my big brother. I just want what's best for him. I just hope you can find it in your heart to place him in a good place to where he can get the help he needs. If there is even an institute that does that.

    Thank you for taking the time to read this your honor I hope this gives you better insight to who my brother is and that he has a supportive family behind him.

    Sincerely,
    Joshua Bales

*[signature: Joshua Bales]*



Brother

1-219-413-8507

E

July 25, 2019

To the United States District Court, Middle District of Florida, Orlando Division

Your Honor,

    I am Jerald Bales an Uncle of Eric Bales who is scheduled for sentencing on August 14.   Eric is accepting responsibility for the crime of distribution and enticement.   I've been in Eric's life since he was born.   Eric has always been very helpful person he's not one to look the other way when he sees someone needs help.   I know this first hand when I was younger he'd help me with everyday things. But, later in my life I struggled with alcohol addiction he was there to give me encouragement.   He's helped with my mother taking her to her doctors appointments and still even now try's to remind us of little thing she likes. Eric has a calmness and the patience about him. The way he handles My brother Jim who is a paranoid schizophrenic I truly admire.   He may not look like it but he's a gentle giant.   The crimes that he committed are serious and he's going to pay a Consequence. He has admitted that he has a problem which isn't easy because crimes like these have a stigma and not easy to get help for.

    Your Honor, I ask you to please recommend placement in a facility that can treat him.  He has a strong supportive family that will be there during his confinement and when he's released.   Thank you for taking time to read my letter your Honor.

Sincerely,

Jerald Bales
Uncle
(920) 254-2545