UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                                                Criminal Case No.:
                                                                            6:19-CR-00113-PGB-TBS

ERIC BALES,

_____/

**DEFENSE WITNESS LIST**

**COMES NOW** the Defendant**, ERIC BALES,** by and through the undersigned counsel who hereby files the following list
of witnesses for the purposes of the Sentencing Hearing on November 22, 2019.

1. JERALD BALES: 15 minutes

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Attorney's Office by way of electronic notification on this 15th day of November 2019.

                                         LAW OFFICE OF COREY I. COHEN, P.A.
                                         605 E. Robinson St., Ste. 330
                                         Suite 330
                                         Orlando, FL 32801
                                         (407) 246-0066 - Phone
                                         (407) 246-0088
                                         Attorney for the Defendant

  By: __/s/ Corey Cohen_____
       Corey I. Cohen, Esquire
       Florida Bar No. 0657840