UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 6:19-cr-113-Orl-40EJK

ERIC BALES

## GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case at sentencing:

1. F.T.
2. S.W.

The United States reserves the right to call additional witnesses during the sentencing hearing of this case, if appropriate.

                                          Respectfully submitted,

                                          MARIA CHAPA LOPEZ
                                          United States Attorney

By:    */s/ Brandon Bayliss*
        Brandon Bayliss
        Assistant United States Attorney
        USA No. 186
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643

U.S. v. ERIC BALES                    Case No. 6:19-cr-113-Orl-40EJK

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Corey I. Cohen, Esq.

                                   */s/ Brandon Bayliss*
                                   Brandon Bayliss
                                   Assistant United States Attorney
                                   USA No. 186
                                   400 W. Washington Street, Suite 3100
                                   Orlando, Florida 32801
                                   Telephone:   (407) 648-7500
                                   Facsimile:    (407) 648-7643
                                   E-mail:    Brandon.bayliss@usdoj.gov