UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      v.                      Case No. 6:19-cr-113-Orl-40EJK
                                  (Forfeiture)

**ERIC BALES**

## DECLARATION OF PUBLICATION

The United States hereby declares under penalty of perjury that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 17, 2019 and ending on November 15, 2019. *See* Attachment 1. Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Executed on November 18, 2019.

                                      Respectfully submitted,

                                      MARIA CHAPA LOPEZ
                                      United States Attorney

                  By:    *s/Nicole M. Andrejko*
                          NICOLE M. ANDREJKO
                          Assistant United States Attorney
                          Florida Bar Number 0820601
                          400 W. Washington Street, Suite 3100
                          Orlando, Florida 32801
                          (407) 648-7500 – telephone
                          (407) 648-7643 – facsimile
                          E-mail: nicole.andrejko@usdoj.gov