UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:19-cr-113-Orl-40EJK

ERIC BALES

### AMENDED GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case at sentencing:

1. F.T.
2. Ryan Eggland

The United States reserves the right to call additional witnesses during the sentencing hearing of this case, if appropriate.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   */s/ Brandon Bayliss*
Brandon Bayliss
Assistant United States Attorney
USA No. 186
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643

U.S. v. ERIC BALES                                  Case No. 6:19-cr-113-Orl-40EJK

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Corey I. Cohen, Esq.

                                  */s/ Brandon Bayliss*
                                  Brandon Bayliss
                                  Assistant United States Attorney
                                  USA No. 186
                                  400 W. Washington Street, Suite 3100
                                  Orlando, Florida 32801
                                  Telephone:  (407) 648-7500
                                  Facsimile:   (407) 648-7643
                                  E-mail:    Brandon.bayliss@usdoj.gov