# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| CLERK'S MINUTES |
| :---: |
| **Sentencing Hearing** |

## Case Number: 6:19-cr-113-Orl-40EJK

| UNITED STATES OF AMERICA | Government's Counsel: | Brandon Bayliss |
| --- | --- | --- |
| **Plaintiff,** | | |
| v. | | |
| **Eric Bales** | **Defense** | |
| **Defendant.** | **Counsel:** | Corey I. Cohen |

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | November 22, 2019 | Time: | 10:03 AM – 11:37 AM TOTAL: 1 hour, 34 minutes |

Defendant is adjudged guilty to Counts One and Two of the Information.

**IMPRISONMENT:**  LIFE. This term consists of a 240 month term as to Count One and a LIFE term as to Count Two, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:
1. Confinement at FCI Coleman, FL or close to family
2. Mental health treatment

**SUPERVISED RELEASE:**  LIFE. This term consists of a LIFE term as to Counts One and Two, all such terms to run concurrently.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Access to Financial Information
- Sex Offender Conditions including Search
- Collection of DNA

- 2 -

**FORFEITURE:**   Defendant shall forfeit to the United States those assets previously identified in the Plea Agreement and Order of Forfeiture, that are subject to forfeiture.

**FINE:**  Waived

**JVTA ASSESSMENT:** Not Imposed

**SPECIAL ASSESSMENT:**   $200.00

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Witnesses:
Faith Tyndall Holton (unsworn)
Ryan Eggland (sworn)
Jerald Bales (unsworn)