**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

      v.                        Case No. 6:19-cr-113-Orl-40EJK
                                   (Forfeiture)

**ERIC BALES**

**UNITED STATES' MOTION FOR
FINAL JUDGMENT OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States hereby moves for a Final Judgment of Forfeiture for the iPhone 8, serial number F4GvJG727JC6C.  In support of its motion, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I.**    **Statement of Facts**

    1.    On October 15, 2019, pursuant to 18 U.S.C. §§ 2253 and 2428, the Court entered a Preliminary Order of Forfeiture for the above-referenced cellphone.  Doc. 43.

    2.    In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the cellphone on the official government website, www.forfeiture.gov, from October 17, 2019 through November 15, 2019.  Doc. 50.  The publication gave notice to all third parties with a legal interest in the cellphone to file with the Office of the

Clerk—United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120—a petition to adjudicate their interests within 60 days of the first date of publication.

3. No third party filed a claim to the cellphone and the time for doing so has expired.

## II. Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from October 17, 2019 through November 15, 2019. Doc. 50.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be by any means described in Supplemental Rule G(4)(a)(iv). Publication gave notice to all those who might have an interest in the asset of the

United States' intent to dispose of the property, and gave instructions on filing a petition to adjudicate their interests in the asset.  In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest.  In this instance, the first date of internet publication was October 17, 2019.  Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the cellphone was December 16, 2019, and the time for filing such petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the cellphone.  No additional party has filed a petition or claimed an interest in the cellphone, and the time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Judgment of Forfeiture for the cellphone.

### III.     Conclusion

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all right, title and interest in the cellphone described above for

disposition according to law and vesting clear title to the property in the United States.

                    Respectfully submitted,

                    MARIA CHAPA LOPEZ
                    United States Attorney

        By:    s/Nicole M. Andrejko
                  NICOLE M. ANDREJKO
                  Assistant United States Attorney
                  Florida Bar Number 0820601
                  400 W. Washington Street, Suite 3100
                  Orlando, Florida 32801
                  (407) 648-7500 – telephone
                  (407) 648-7643 – facsimile
                  E-mail: nicole.andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Corey I. Cohen, Esquire

        By:    s/Nicole M. Andrejko
                  NICOLE M. ANDREJKO
                  Assistant United States Attorney