UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:19-cr-113-Orl-40EJK
 (Forfeiture)

**ERIC BALES**

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, Doc. 55, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the iPhone 8, serial number F4GvJG727JC6C.

On October 15, 2019, the Court entered a Preliminary Order of Forfeiture for the cellphone, pursuant to 18 U.S.C. §§ 2253 and 2428.  Doc. 43.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the cellphone on the official government website, www.forfeiture.gov, from October 17, 2019 through November 15, 2019.  Doc. 50.  The publication gave notice to all third parties with a legal interest in the cellphone to file with the Office of the Clerk, United States District Court, Middle District of Florida, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interests within 60 days of the first date of publication.  No third party is known by the United States to have an interest in the cellphone.  No third party has filed a petition or claimed an interest in the

cellphone, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the cellphone is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the cellphone is now vested in the United States of America.

DONE and ORDERED in Orlando, Florida, on January 30, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record